# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JEREMY XAVIER SANCHEZ,

Plaintiff,

v.

NORTH KERN STATE PRISON,

Defendant.

Case No. 1:26-cv-09275-BAM (PC)

ORDER REQUIRING PLAINTIFF TO FILE COMPLETED APPLICATION TO PROCEED *IN FORMA PAUPERIS* OR PAY FILING FEE WITHIN THIRTY DAYS

Plaintiff Jeremy Xavier Sanchez, a state prisoner proceeding *pro se*, filed this civil rights action on November 10, 2026, along with an application to proceed *in forma pauperis*. (ECF Nos. 1, 2.) However, Plaintiff's application to proceed *in forma pauperis* is not complete. Although the application is dated and signed, it is otherwise blank. (ECF No. 2.) Accordingly, it is HEREBY ORDERED that:

1. Within **thirty (30) days** from the date of service of this order, Plaintiff shall file the attached application to proceed *in forma pauperis*, completed and signed, or in the alternative, pay the $405.00 filing fee for this action.
2. No extension of time will be granted without a showing of good cause; and
3. The failure to comply with this order will result in dismissal of this action without prejudice.

IT IS SO ORDERED.

Dated: **November 11, 2026**

/s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE